Dismissed and Memorandum Opinion filed April 1, 2004









Dismissed and Memorandum Opinion filed April 1, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00012-CV

____________

 

JERRY T.
EVANS, Appellant

 

V.

 

DEERE CREDIT,
INC., Appellee

 



 

On Appeal from the 151st District Court

 Harris County, Texas

Trial Court Cause No.
01-07929

 



 

M E M O R A N D U M  O
P I N I O N

This is a restricted appeal from a judgment signed June 3,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On February 11, 2004, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 1, 2004.

Panel consists of Justices Yates,
Anderson and Hudson.